IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grady Hillis, et al., </br></br> Plaintiffs, </br></br> vs. </br></br> National Association of Realtors, et al., </br></br> Defendants. | No. CV-21-08194-PCT-SPL </br></br> **ORDER** |

Before the Court is Defendant Arizona Association of Realtors' Motion for Extension (Doc. 52), in which they seek an extension of the deadline to file a Motion for Attorneys' Fees. Although Defendant's Motion to Dismiss (Doc. 26) was granted, Plaintiff has been provided the opportunity to file a Second Amended Complaint (Doc. 51). Accordingly, no final judgment has been entered, this case remains open, and the motion is premature.

**IT IS THEREFORE ORDERED** that Defendant Arizona Association of Realtors' Motion for Extension (Doc. 52) is **denied** as premature.

Dated this 8th day of July, 2022.

Honorable Steven P. Logan
United States District Judge