IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grady Hillis, et al.,<br><br>              Plaintiffs,<br>vs.<br><br>National Association of Realtors, et al.,<br><br>              Defendants. | No. CV-21-08194-PCT-SPL<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Extension to file their Second Amended Complaint (Doc. 54), which Defendants oppose (Doc. 55). Prior to filing a reply brief, Plaintiffs filed their Amended Complaint on July 20, 2022, the Court's initial deadline. Accordingly,

**IT IS ORDERED** that the Motion for Extension (Doc. 54) is **denied as moot**.

Dated this 28th day of July, 2022.

Honorable Steven P. Logan
United States District Judge