IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grady Hillis, et al.,<br><br>         Plaintiffs,<br><br>vs.<br><br>National Association of Realtors, et al.,<br><br>         Defendants. | No.  CV-21-08194-PCT-SPL<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion to Extend (Doc. 65), in which they request an extension of time for Plaintiffs to file Responses to the pending Motions to Dismiss (Docs. 59, 61, 62). Having considered this second request,

**IT IS ORDERED** that the Motion to Extend (Doc. 65) is **granted**. Plaintiffs shall have until **September 2, 2022**, to file Responses to the Motions to Dismiss.

Dated this 29th day of August, 2022.

Honorable Steven P. Logan
United States District Judge